| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:11-CR-12 |
| | ) | |
| CHRIS WHITFIELD | ) | |

**O R D E R**

On June 29, 2011, Magistrate Judge William B. Mitchell Carter filed a Report and

Recommendation recommending (a) the Court accept Defendant's plea of guilty to the lesser

included offense in Count One of the Indictment, conspiracy to manufacture and distribute five

(5) grams or more of methamphetamine (actual) and fifty (50) grams or more of a mixture and

substance containing a detectable amount of methamphetamine, a Schedule II controlled

substance, in violation of 21 USC §§ 846 and 841(b)(1)(B), in exchange for the undertakings

made by the government in the written plea agreement; (b) the Court adjudicate Defendant guilty

of the charges set forth in the lesser included offense in Count One of the Indictment; (c) that a

decision on whether to accept the plea agreement be deferred until sentencing; and (d) Defendant

shall be taken into custody pending sentencing in this matter (Doc. 245).  Neither party filed an

objection within the given fourteen days.  After reviewing the record, the Court agrees with the

magistrate judge's report and recommendation.  Accordingly, the Court **ACCEPTS** and

**ADOPTS** the magistrate judge's report and recommendation pursuant to 28 U.S.C. § 636(b)(1)

and **ORDERS** as follows:

(1) Defendant's plea of guilty to the lesser included offense in Count One of the

Indictment, in exchange for the undertakings made by the government in the written plea agreement, is **ACCEPTED**;

(2) Defendant is hereby **ADJUDGED** guilty of the charges set forth in the lesser included offense in Count One of the Indictment;

(3) A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

(4) Defendant **SHALL BE TAKEN INTO CUSTODY** pending sentencing on **Monday, October 24, 2011 at 9:00 am.**

**SO ORDERED.**

**ENTER:**

_____/s/Harry S. Mattice, Jr._____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2